## 15957. WIGGINS *v.* THE STATE.

BROYLES, C. J. The venue of the offense was sufficiently proved, the evidence authorized the verdict, and none of the grounds of the motion for a new trial shows reversible error.

       *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

        DECIDED DECEMBER 9, 1924.

Indictment for manufacture of liquor; from Dooly superior court —Judge Crum. September 6, 1924.

*Jere M. Moore,* for plaintiff in error.

*J. B. Wall, solicitor-general,* contra.